151 A.3d 965

JOSEPH TODARO, PLAINTIFF-PETITIONER, v. LANGSTONE, LLC, DEFENDANT-RESPONDENT, v. JOSEPH TODARO, DE-FENDANT/THIRD-PARTY PLAINTIFF-PETITIONER, v. SAL-VATORE GIORDANO, III, THIRD-PARTY DEFENDANT-RE-SPONDENT.

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-5892-11 and A-3014-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.